# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANN RUGGLES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 17 C 5981 |
| ) | |
| ANNETT HOLDINGS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 3, 2019, the Court granted the plaintiffs' petition for attorney fees and costs subject to the limitations set forth in its memorandum opinion and order [dkt. no. 71]. Because the Court concluded that the plaintiffs' attorneys were entitled to hourly rates different from those they sought, it ordered the plaintiffs to submit a report calculating the dollar amounts awardable for each attorney consistent with hours the Court allowed in the memorandum opinion. In their report, the plaintiffs suggest three alternative methods of calculating the dollar amounts for each attorney. The defendants agree that the first of those methods, which divides the total allowable hours worked by the Markoff Leinberger, LLC attorneys on a pro rata basis, is appropriate. The Court does as well.

The Court concludes that the suggested method of pro rata calculation is reasonable and awards attorney fees in the amount of $177,920 for Markoff Leinberger, LLC and $79,870 for Joyner, in addition to the expenses previously awarded.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: January 11, 2019